United States Bankruptcy Court
District of Connecticut

In re:  Case No. 22-50542-jam
Genever Holdings Corporation  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 4
Date Rcvd: Oct 12, 2022      Form ID: 309F1      Total Noticed: 95

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Genever Holdings Corporation, 200 Park Avenue, Floor 29, c/o Mr.Luc A.Despins, as Chapter 11, Trustee for Ch 11 Estate of Ho Wan Kwok, New York, NY 10166-0005 |
| aty | + | Patrick R. Linsey, Neubert Pepe & Monteith, P.C., 195 Church St, 13th Fl, New Haven, CT 06510-2009 |
| 9381729 | | Adam Leitman Bailey P.C., Attn: President or General Mgr, 1 Batery Park Plaza Fl 18, New York, NY 10004-1646 |
| 9381730 | + | Baker & Hostetler LLP, Attn: Andrew Layden, 200 S. Orange Avenue Ste 2300, Orlando, FL 32801-3432 |
| 9381731 | | Bi Hai Ge Lin, C/O Kevin Tung, Esq., 136-30 38th Avenue Ste 3d, Flushing, NY 11354 |
| 9381732 | | Boxun Inc, c/o Callari Partne, Carollynn HG Callari, Esq, 100 Somerset Corporate Blvd Suite 206, Bridgewater, NJ 08807-2842 |
| 9381734 | | Bravo Luck Limited, c/o Troutman Pepper, 3000 Two Logan Square, 18th and Arch St, Philadelphia, PA 19103 |
| 9381735 | | Brown Rudnick LLP, Attn: Tristan G. Axelrod, William R. Baldiga, One Financial Center, Boston, MA 02111-2600 |
| 9381736 | | Chao-Chih Chiu, c/o TroyGould PC, Attn: Christopher A. Lilly, 1801 Century Park East, 16th Floor, Los Angeles, CA 90067-2302 |
| 9381737 | | Cheng Jian Wu Jian She, c/o Kevin Kerveng Tung, P.C., Attn: Kevin Tung, Esq., 136-20 38th Avenue Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9381738 | | Chenglong Wang, C/O HGT Law, Attn: Hung Ta, 250 Park Avenue Fl 7, New York, NY 10177-0799 |
| 9381739 | | Foley & Lardner LLP, Attn: President or General Mgr, 90 Park Avenue, New York, NY 10016-1301 |
| 9381740 | | Fu Le Hong Ma, c/o Kevin Tung, Esq., 136-30 38th Avenue Suite 3d, Flushing, NY 11354 |
| 9381741 | | Gaosheng Guo, c/o Law Office of Ning Ye, Esq., Attn: Ning Ye, Esq., 135-11 38th Avenue Suite 1A, Flushing, NY 11354-4440 |
| 9381742 | | Genever Holdings LLC, Attn: President or General Mgr, 781 Fifth Avenue Apt. 1801, New York, NY 10022-5520 |
| 9381743 | | Goldberg Weprin Finkel Goldstein LLP, Attn: J. Ted Donovan, Kevin J. Nash, 1501 Broadway 22nd Floor, New York, NY 10036-5600 |
| 9381745 | # | Golden Spring New York, Attn: Max Krasner, 162 E. 64th Street, New York, NY 10065-7478 |
| 9381744 | | Golden Spring New York, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 9381746 | | Ho Wan Kwok, 373 Taconic Road, Greenwich, CT 06831-2828 |
| 9381747 | | Hong Qi Qu, c/o Kevin Tung, P.C., Attn: Kevin Tung, Esq., 136-20 38th Avenue Suite 3D&3F, Flushing, NY 11354-4232 |
| 9381748 | | Huizhen Wang, c/o TroyGould PC, Attn: Christopher A. Lilly, 1801 Century Park East 16th Floor, Los Angeles, CA 90067-2367 |
| 9381750 | + | Jia Li Wang, c/o Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381751 | + | Jiamei Lu, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381752 | | Jian Gong, C/O Kevin Kerveng Tung, P.C., Attn: Kevin Tung, Esq., 136-20 38th Avenue Suite 3D, Flushing, NY 11354-4232 |
| 9381753 | | Jianhu Yi, C/O Arthur Angel, Esq., 1305 N. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9381754 | | Jonathan Young, 141 Allenby Road, Wellington Point, QLD 4160 AUSTRALIA |
| 9381755 | | Jun Chen aka Jonathan Ho, C/O Wayne Wei Zhu, Esq., Attn: Wayne Wei Zhu, 4125 Kissena Blvd Suite 112, Flushing, NY 11355-3150 |
| 9381756 | + | Jun Liu, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381757 | | Kaixin Hong, C/O HGT Law, Attn: Hung Ta, 250 Park Avenue 7th Floor, New York, NY 10177-0799 |
| 9381758 | | Keyi Zilkie, c/o TroyGould PC, Attn: Christopher A. Lilly, 1801 Century Park East 16th Floor, Los Angeles, CA 90067-2302 |
| 9381759 | | Lamp Capital, LLC, Attn: Bernardo Enriquez, 667 Madison Avenue, New York, NY 10065-8029 |
| 9381760 | | Lawall & Mitchell, LLC, Attn: Aaron A Mitchell, 55 Madison Avenue Ste 400, Morristown, NJ 07960-7397 |
| 9381761 | | Liehong Zhuang, C/O Trexler & Zhang, LLP, Attn: Jonathan T. Trexler, Esq., 224 West 35th Street 12th Floor, New York, NY 10001-2532 |
| 9381762 | + | Linda Cheng, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381763 | | Logan Cheng, c/o Randazza Legal Group, PLLC, 100 Pearl Street 14th Fl, Hartford, CT 06103-4500 |
| 9381766 | | MAYER BROWN LLP, Attn: Derek L. Wright, 71 South Wacker Drive, Chicago, IL 60606-4668 |
| 9381767 | | MAYER BROWN LLP, Attn: Douglas E. Spelfogel, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| 9381765 | + | Mao-Fu Weng, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381769 | ++ | NEW YORK STATE ATTORNEY GENERAL, 28 LIBERTY STREET, NY NY 10005-1400 address filed with court:, New York State Attorney General, Attn: Division of Administration, 120 Broadway, New York, NY 10271-0002 |
| 9381770 | + | NEW YORK STATE ATTORNEY GENERAL, Attn: Division of Administration, 28 LIBERTY STREET, New York, NY 10005-1400 |
| 9381773 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |

| District/off: 0205-5 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 309F1 | Total Noticed: 95 |

| | | |
|---|---|---|
| 9381774 | | NYS Dept of Taxation, Attn: Bankruptcy/Special Procedure, PO Box 5300, 12205-0300 |
| 9381768 | | Nan Tong Si Jian, C/O Kevin Kerveng Tung, P.C., Attn: Kevin Tung, Esq., 136-20 38th Avenue Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9381771 | | Ning Ye, c/o Law Office of Ning Ye, Esq., Attn: Ning Ye, Esq., 135-11 38th Avenue Suite 1A, Flushing, NY 11354-4440 |
| 9381775 | + | OMelveny & Myers LLP, Attn: Daniel Shamah, 7 Times Square, New York, NY 10036-6537 |
| 9381776 | | Pacific Alliance Asia, Opportunity Fund LP, c/o OMelveny & Myers, 7 Times Sq, New York, NY 10036-6524 |
| 9381778 | | Pullman & Comley, LLC, Attn: Irve J. Goldman, Esq., 850 Main Street, Bridgeport, CT 06604-4988 |
| 9381779 | | Qiang Guo, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 9381781 | | Qiuju Jia, c/o Arthur Angel, Esq., 1305 N. Poinsettia Place, Los Angeles, CA 90046-4305 |
| 9381782 | | Romer Debbas LLP, Attn: President or General Mgr, 275 Madison Ave Ste 801, New York, NY 10016-1153 |
| 9381784 | + | RuQin Wang, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor 10017-4670 |
| 9381783 | | Rui Ma, Attn: Carollynn HG Callari, Esq, Callari Partne, 100 Somerset Corporate Blvd Suite 206, 08807-2842 |
| 9381787 | | SHI, C/O Thompson Hine, Attn: Steven A. Block, Esq., 20 N. Clark St. Ste 3200, 60602-5093 |
| 9381788 | | STROOCK & STROOCK & LAVAN LLP, Attn: Sherry Millman, Curtis C. Mechling, 180 Maiden Lane, New York, NY 10038-4925 |
| 9381785 | | Samuel Dan Nunberg, 600 South Dixie Highway Suite 455, West Palm Beach, FL 33401-5851 |
| 9381786 | | Samuel Nunberg, C/O Nesenoff & Miltenberg, LLP, Attn: Andrew T. Miltenberg, Esq., 363 Seventh Ave 5th Floor, 10001-3915 |
| 9381789 | + | Teli Chen, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381790 | | The Sherry Netherland, Attn: President or General Mgr, 781 5th Ave, New York, NY 10022-1046 |
| 9381793 | | Verdolino & Lowey, P.C., Attn: President or General Mgr, 124 Washington Street, Foxboro, MA 02035-1368 |
| 9381794 | | WA&HF, LLC/Ruizeng An, C/O AFN Law, Attn: Angus Ni, Esq., 41 Madison Avenue 31st Floor, New York, NY 10010-2345 |
| 9381795 | | WANG, c/o Carmody Torrance Sandak & Hennessey, Attn: David Grudberg, 195 Church Street, PO Box 1950, New Haven, CT 06509-1950 |
| 9381796 | | Weican Watson Meng, c/o Callari Partne, Attn: Carollynn HG Callari, Esq, 100 Somerset Corporate Blvd Suite 206, Bridgewater, NJ 08807-2842 |
| 9381797 | + | Weiguo Sun, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381798 | + | Weixiand Ge, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381799 | | Wen Lin, C/O HGT Law, Attn: Hung Ta, 250 Park Avenue 7th Floor, New York, NY 10177-0799 |
| 9381800 | | Wu Zheng, c/o Arkin Solbakken, LLP, Attn: Robert C. Angelillo, 900 Third Avenue 18th Floor, New York, NY 10022-5000 |
| 9381801 | | Xiao Yan Zhu, C/O Trexler & Zhang, LLP, Attn: Jonathan T. Trexler, Esq., 224 West 35th Street 12th Floor, New York, NY 10001-2532 |
| 9381802 | | Xiaobo He, C/O HGT Law, Attn: Hung Ta, 250 Park Avenue 7th Floor, New York, NY 10177-0799 |
| 9381803 | | Xiaoping Luo, C/O HGT Law, Attn: Hung Ta, 250 Park Avenue 7th Floor, New York, NY 10177-0799 |
| 9381804 | + | Xingyu Yan, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381805 | | Xiong Xian Wei Ye, C/O Kevin Tung, Esq., Attn: Kevin Tung, Esq, 136-20 38th Avenue Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9381806 | | Xiqiu Bob Fu, c/o Pullman & Comley, LLC, Attn: Irve J. Goldman, 850 Main St., P O Box 7006, Bridgeport, CT 06601-7006 |
| 9381807 | | Xiqiu Fu, c/o The Lanier Law Firm, Attn: Lawrence P. Wilson, 10940 W. Sam Houston Pkwy N. Suite 100, Houston, TX 77064-5768 |
| 9381808 | + | Yan Gao, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381809 | | Yan Zhao, C/O Law Office of Ning Ye, Esq., Attn: Ning Ye, Esq., 135-11 38th Avenue, Suite 1A, Flushing, NY 11354-4440 |
| 9381810 | | Yang Lan, c/o Arkin Solbakken, LLP, Attn: Robert C. Angelillo, 900 Third Avenue 18th Floor, New York, NY 10022-5000 |
| 9381811 | | Yang Lan, c/o Callari Partne, Carollynn HG Callari, Esq, 100 Somerset Corporate Blvd Suite 206, Bridgewater, NJ 08807-2842 |
| 9381812 | + | Yi Li, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381813 | + | Ying Liu, C/O Thompson Hine, Attn: Brian P. Lanciault, Esq., 335 Madison Avenue 12th Floor, New York, NY 10017-4670 |
| 9381814 | | Yongbing Zhang, 223 West Jackson Blvd. #1012, Chicago, IL 60606-6916 |
| 9381815 | | Yua Hua Zhuang Shi, C/O Kevin Kerveng Tung, P.C., Attn: Kevin Tung, Esq., 136-20 38th Avenue Suite 3D & 3F, Flushing, NY 11354-4232 |
| 9381816 | | Yue Hua Zhu Shi, c/o Kevin Kerveng Tung, P.C., Attn: Kevin Tung, Esq., 136-20 38th Avenue Suite 3D, Flushing, NY 11354-4232 |
| 9381817 | | Yunxia Wu, c/o TroyGould PC, Attn: Christopher A. Lilly, 1801 Century Park East 16th Floor, Los Angeles, CA 90067-2302 |
| 9381818 | | Zeisler & Zeisler PC, Attn: Aaron Romney, James Moriarty, J Cesaroni Eric Henzy, Stephen Kindseth, 10 Middle Street 15th Floor, Bridgeport, CT 06604-4299 |
| 9381819 | | Zhen Yuan Jian Zhu, C/O Kevin Tung, Esq., 136-30 38th Avenue Suite 3d, Flushing, NY 11354 |
| 9381820 | | Zheng (Bruno) Wu, c/o Callari Partne, Carollynn HG Callari, Esq, 100 Somerset Corporate Blvd Suite 206, Bridgewater, NJ 08807-2842 |
| 9381821 | | Zhengjun Dong, C/O HGT Law, Attn: Hung Ta, 250 Park Avenue 7th Floor, New York, NY 10177-0799 |

TOTAL: 87

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dskalka@npmlaw.com | Oct 12 2022 18:19:00 | Douglas S. Skalka, Neubert, Pepe, and Monteith, 195 Church Street, 13th Floor, New Haven, CT 06510 |
| smg | EDI: IRS.COM | Oct 12 2022 22:23:00 | U. S. Internal Revenue Service, Dept. of Treasury, 135 High Street, Stop 155, Hartford, CT 06103 |
| smg | + Email/Text: nyrobankruptcy@sec.gov | Oct 12 2022 18:19:00 | Securities and Exchange Commission, Northeast |

Case 22-50542    Doc 17    Filed 10/14/22    Entered 10/15/22 00:18:05    Page 3 of 6

| District/off: 0205-5 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 309F1 | Total Noticed: 95 |

| Recip ID | Bypass Reason | Email/Text | Date | Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Oct 12 2022 18:19:00 | Regional Office, The Woolworth Building, 233 Broadway, New York, NY 10279-0001 U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| 9381764 | | Email/Text: harveystrickon@paulhastings.com | Oct 12 2022 18:19:00 | Luc A Despins, c/o Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| 9381772 | | Email/Text: DOFBankruptcy@finance.nyc.gov | Oct 12 2022 18:19:00 | NYC Dept of Finance, Attn: Legal Affairs, 345 Adams St Fl 3, Brooklyn, NY 11201-3739 |
| 9381791 | + | Email/Text: secbankruptcy@sec.gov | Oct 12 2022 18:19:00 | U.S. Securities & Exchange Commission, Attn: Bankruptcy Unit, 100 F Street, N.E., Washington, DC 20549-2001 |
| 9381792 | | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 12 2022 18:19:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street Room 1006, New York, NY 10014-7016 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9381733 | | Bravo Luck Limited, Attn: President or General Mgr, PO Box 957, Off Shore Incorporation Centre, Road Town Tortola BVI |
| 9381777 | | Pacific Alliance Asia, Opportunity Fund L.P., c/o Foley & Lardner LLP, Attn: D. Spelfogel, R. Bernard, and A. Nann, 90 Park Avenue |
| 9381780 | | Qiang Guo, c/o Bravo Luck Limited, P.O. Box 957, OffShore Incorporation Centre, Road Town Tortola BVI |
| 9381749 | * | Internal Revenue Service, Attn: Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas S. Skalka | on behalf of Debtor Genever Holdings Corporation dskalka@npmlaw.com smowery@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| Patrick R. Linsey | on behalf of Debtor Genever Holdings Corporation plinsey@npmlaw.com karguello@npmlaw.com;NeubertPepeMonteithPC@jubileebk.net |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

District/off: 0205-5        User: admin        Page 4 of 4
Date Rcvd: Oct 12, 2022        Form ID: 309F1        Total Noticed: 95
TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Genever Holdings Corporation**<br>Name | EIN __–_____ |
| United States Bankruptcy Court   **District of Connecticut**<br>Case number:  **22–50542 jam** | | Date case filed for chapter  **11   10/11/22** |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/1/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Genever Holdings Corporation | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 200 Park Avenue, Floor 29<br>c/o Mr.Luc A.Despins, as Chapter 11<br>Trustee for Ch 11 Estate of Ho Wan Kwok<br>New York, NY 10166 | |
| 4. | **Debtor's attorney**<br>Name and address | Douglas S. Skalka<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510 | Contact phone  (203) 821–2000<br><br>Email:  dskalka@npmlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 915 Lafayette Blvd<br>Bridgeport, CT 06604 | Hours open:<br>9:00 a.m. – 4:00 p.m. Monday – Friday<br><br>Contact phone  203–579–5808<br><br>Date: 10/12/22 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 7, 2022 at 10:00 AM**<br><br>**Conference Line: 877–915–2934**<br><br>**Participant Code: 8494974** | Location:<br><br>**DUE TO COVID–19 THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY.** |

For more information, see page 2 >

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | For all creditors (except a governmental unit): | January 9, 2023 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |